DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES BRYAN,**
Appellant,

v.

**DNF ASSOCIATES, LLC,**
Appellee.

No. 4D22-3236

[May 24, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah L. Shullman, Judge; L.T. Case No. 50-2022-SC-013537-XXXX-MB.

Charles Bryan, North Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***